**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,          )<br>             Plaintiff,         )<br>                                    )<br>vs.                                 )<br>                                    )<br>                                    )<br>Darrellson Robert Denny,            )<br>             Defendant.         )<br>_____) | No.: CR03-00577-001-PCT-JJT<br>**ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition.

IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

DATED this 2nd day of September, 2015.

_____
Deborah M. Fine
United States Magistrate Judge